IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMÁN HERNÁNDEZ CERON, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., and TONY NIOKAN,<br><br>Defendants. | Case No.: 1:25-cv-05408<br><br>**SUMMONS RETURNED EXECUTED AS TO DEFENDANT R.C.S. CONSTRUCTION, INC.** |

Pursuant to the Federal Rules of Civil Procedure, Rule 4, Plaintiff Germán Hernández Ceron, on behalf of himself and all others similarly situated, has served upon Defendant R.C.S. Construction, Inc. copies of the following documents:

1) Issued Summons;

2) Collective Action Complaint and Demand for Jury Trial;

3) Civil Cover Sheet;

4) Certificate of Interested Persons and Disclosure Statement;

5) Application for Admission of Emanuel Kataev Pro Hac Vice;

6) Approval by Clerk Office re: Application for Admission of Emanuel Kataev Pro Hac Vice;

7) Order granting Application for Admission of Emanuel Kataev Pro Hac Vice;

8) Standing Order Regarding Civil Litigation for Cases Proceeding Before the Honorable J. P. Boulee.

Attached hereto is a copy of the Proof of Service.

Respectfully submitted this 2nd day of October 2025.

>By: *Emanuel Kataev, Esq.,*
>Emanuel Kataev, Esq., Bar #5154588NY
>*Admitted Pro Hac Vice*
>SAGE LEGAL LLC
>18211 Jamaica Avenue
>Jamaica, NY 11423-2327
>T: (718) 412-2421 (office)
>T: (917) 807-7819 (cellular)
>F: (718) 489-4155
>E: emanuel@sagelegal.nyc
>
>*/s/ Moshe Boroosan*
>Moshe Boroosan, GA Bar #744128
>CONSUMER ATTORNEYS
>2800 N Druid Hills NE, Building A, Suite D,
>Atlanta, GA 30329
>T: (718) 887-2926
>F: (718) 247-8020
>E: mboroosan@consumerattorneys.com
>
>*Attorneys for Plaintiff,*
>*Germán Hernández Ceron,*
>*on behalf of himself and*
>*all others similarly situated*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-05408

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* R.C.S. Construction, Inc. was received by me on *(date)* 9/25/2025.

[X] I personally served the summons on the individual at *(place)* 3870 Peachtree Industrial Boulevard, Suwanee, GA 30096-5404 on *(date)* Mon, Sep 29 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 0.00 for travel and $ 60.00 for services, for a total of $ 60.00.

I declare under penalty of perjury that this information is true.

Date: 10/02/2025

*Server's signature*

Sandra Brown

*Printed name and title*

2841 North Oakwood Avenue

*Server's address*

Additional information regarding attempted service, etc.:
Documents served: Issued Summons; Collective Action Complaint and Demand for Jury Trial; Civil Cover Sheet; Certificate of Interested Persons and Disclosure Statement; Application for Admission of Emanuel Kataev Pro Hac Vice; Approval by Clerk Office re: Application for Admission of Emanuel Kataev Pro Hac Vice; Order granting Application for Admission of Emanuel Kataev Pro Hac Vice; Standing Order Regarding Civil Litigation for Cases Proceeding Before the Honorable J. P. Boulee