IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMÁN HERNÁNDEZ CERON, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., and TONY NIOKAN,<br><br>Defendants. | Case No.: 1:25-cv-05408<br><br>**NOTICE TO THE COURT REGARDING SERVICE OF PROCESS** |

Plaintiff, Germán Hernández Ceron, on behalf of himself and all others similarly situated, by and through undersigned counsel, respectfully submits this Notice to inform the Court of recent developments regarding service of process in the above-captioned matter. On October 2, 2025, a proof of service was filed indicating that service of process had been effected upon R.C.S. Construction, Inc. and Tony Niokan (hereinafter "Defendants").

It has recently come to our attention that there may have been irregularities with respect to the original service in this and certain other cases. Out of an abundance of caution, we have retained a reputable, independent process server to re-serve Defendants in full compliance with the Federal Rules of Civil Procedure, while we investigate the circumstances surrounding the purported service.

To the extent any delay in Defendants' appearance or response may be attributable to incomplete or defective service, we respectfully request that the Court excuse any such delay while proper service is effectuated. We will promptly file an updated proof of service once completed.

RESPECTFULLY SUBMITTED on this 27th day of October, 2025.

By: *Emanuel Kataev, Esq.,*
Emanuel Kataev, Esq., Bar #5154588NY
*Admitted Pro Hac Vice*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
T: (718) 412-2421 (office)
T: (917) 807-7819 (cellular)
F: (718) 489-4155
E: emanuel@sagelegal.nyc

*/s/ Moshe Boroosan*
Moshe Boroosan, GA Bar #744128
CONSUMER ATTORNEYS
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
T: (718) 887-2926
F: (718) 247-8020
E: mboroosan@consumerattorneys.com

*Attorneys for Plaintiff,*
*Germán Hernández Ceron,*
*on behalf of himself and*
*all others similarly situated*