jpUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMAN HERNANDEZ CERON,<br><br>Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:25-CV-05408-JPB |

## ORDER

Plaintiff filed this action on September 22, 2025 [Doc. 1]. On October 27, 2025, Plaintiff notified the Court that he will re-serve Defendants and file an updated proof of service. [Doc. 10].

No later than January 13, 2026, Plaintiff is **ORDERED** to file the updated proofs of service or show cause in writing why this case should not be dismissed for failure to effectuate service of process in the time limits provided by Federal Rule of Civil Procedure 4. The Clerk is **DIRECTED** to submit the case at the expiration of the applicable time period if Plaintiff fails to comply.

**SO ORDERED** this 6th day of January, 2026.

J. P. BOULEE
United States District Judge