| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Moshe Boroosan, Esq.<br>Consumer Attorneys<br>2800 N. Druid Hills NE, Bldg A<br>Suite D<br>Atlanta, GA 30329<br>Telephone No: 718-887-2926 | | | | |
| Attorney for: Plaintiff(s) | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of Georgia | | | | |
| Plaintiff(s): German Hernandez Ceron, et al. | | | | |
| Defendant: R.C.S. Construction, Inc., et al. | | | | |
| **Affidavit of Reasonable Diligence** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25CV05408JPB |

1. I, Janis Dingman, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Tony Niokan as follows:

2. **Documents:** Summons In A Civil Action; Collective Action Complaint And Demand For Jury Trial; Civil Cover Sheet; Certificate Of Interested Persons And Disclosure Statement; Application For Admission Of Emanuel Kataev Pro Hac Vice; Approval By Clerk Office Re: Application For Admission Of Emanuel Kataev Pro Hac Vice; Order Granting Application For Admission Of Emanuel Kataev Pro Hac Vice; Standing Order Regarding Civil Litigation For Cases Proceeding Before The Honorable J. P. Boulee; Notice To The Court Regarding Service Of Process.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 11/03/25 | 11:00am | Business | The address provided is a UPS Store and they will not confirm if the defendant holds a box here. Attempt made by: Janis Dingman. Attempt at: UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096. |
| Mon | 01/05/26 | 3:00pm | Business | Returned Not Served on: Tony Niokan Business - R.C.S. Construction UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096 |

3. **Person Executing**
   a. Janis Dingman
   b. **Class Action Research & Litigation**
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   **d. The Fee** for service was:
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: 15-009
      (iii) County: Placer
      (iv) Expiration Date: Fri, Jul. 09, 2027

4. I declare under penalty of perjury under the laws of the State of Georgia and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Tue, Jan. 06, 2026

   (Janis Dingman)

   co46.288252

**Affidavit of Reasonable Diligence**