**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| GERMÁN HERNÁNDEZ CERON, on behalf of himself and all others similarly situated<br><br>       Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., and TONY NIOKAN,<br><br>       Defendants. | Case No.: 1:25-cv-5408 (JPB)<br><br>**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE WITH INCORPORATED <u>MEMORANDUM OF LAW</u>** |

Plaintiffs, by and through their undersigned counsel, respectfully moves the Court pursuant to Rule 4 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") for an Order extending Plaintiffs' deadline to complete service by sixty (60) days.

Because Plaintiffs have been diligent in seeking to serve the Defendants with process, and in light of the circumstances, Plaintiffs respectfully submit that there is sufficient good cause for this Court to exercise its discretion in favor of extending their deadline to serve the Defendants by sixty (60) days.

Rule 6 provides that the deadline to perform any act in accordance with the Rules prior to the time it is due may be extended for good cause. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Here, Plaintiffs previously diligently sought to serve Defendants with a process server and believed they were successful in doing so.  See, e.g., ECF Docket Entries 8 and 9 (indicating that service was effectuated on September 29, 2025). Despite the fact that Plaintiffs presented *prima facie* evidence that service was properly effectuated, in an abundance of caution, after learning about issues with service in other cases where the same process server was utilized, Plaintiffs provided notice that a new process server has been retained to ensure service of process was properly effectuated.  See ECF Docket Entry 10.  The new process server made the findings requiring the instant motion for an alias summons and an extension of time necessary.

However, despite diligent attempts to serve the Defendants, Plaintiffs have been unsuccessful in doing so.  See ECF Docket Entry 12.  Plaintiffs seek a final opportunity to serve Defendants and, barring same, will seek to serve Defendants by alternative means[1] by filing a separate motion.

Based on the foregoing circumstances, there exists sufficient good cause for an extension of time to serve the Defendants.  For these reasons, Plaintiffs respectfully request a sixty (60) day extension of time to serve the Defendants.

Plaintiffs thank this honorable Court for its time and attention to this case.

---

[1] Your undersigned contacted the individual Defendant directly via LinkedIn, where the individual Defendant maintains a profile.  This correspondence has not been responded to.

Respectfully submitted this 13th day of January, 2026.

By: */s/ Moshe Boroosan*
Moshe Boroosan, GA Bar #744128
CONSUMER ATTORNEYS PLLC
2800 N Druid Hills NE
Building A, Suite D
Atlanta, GA 30329
(718) 887-2926 (office)
(718) 247-8020 (facsimile)
mboroosan@consumerattorneys.com

Emanuel Kataev, Esq.,
*Admitted pro hac vice*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Plaintiffs*
*Germán Hernández Ceron,*
*on behalf of himself, and*
*all others similarly situated*