IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMÁN HERNÁNDEZ CERON, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., and TONY NIOKAN,<br><br>Defendants. | Case No.: 1:25-cv-5408 (JPB)<br><br>**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO COMPLETE SERVICE** |

Plaintiffs, by and through their undersigned counsel, respectfully moves the Court pursuant to Rule 4 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule") for an Order extending Plaintiffs' deadline to complete service by sixty (60) days.

Because Plaintiffs have been diligent in attempting to serve Defendants, Plaintiffs respectfully submit that there is sufficient good cause for this Court to exercise its discretion in favor of extending their deadline to serve the Defendants by sixty (60) days.

Rule 6 provides that the deadline to perform any act in accordance with the Rules prior to the time it is due may be extended for good cause. See Fed. R. Civ. P. 6(b)(1)(A).

Here, Plaintiffs previously diligently sought to serve Defendants with a process server. However, despite diligent attempts to serve the Defendants, Plaintiffs have been unsuccessful in doing so. Plaintiffs seek a final opportunity to serve Defendants. See Declaration of Emanuel Kataev, Esq. in Support.

Based on the foregoing circumstances, there exists sufficient good cause for an extension of time to serve the Defendants. For these reasons, Plaintiffs respectfully request a sixty (60) day extension of time to serve the Defendants.

Plaintiffs thank this honorable Court for its time and attention to this case.

Dated: March 16, 2026

By: *Emanuel Kataev, Esq.,*
Emanuel Kataev, Esq., Bar #5154588NY
*Admitted pro hac vice*
SAGE LEGAL LLC
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*/s/ Moshe Boroosan*
Moshe Boroosan, GA Bar #744128
CONSUMER ATTORNEYS
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
(718) 887-2926 (office)
(718) 247-8020 (facsímile)
mboroosan@consumerattorneys.com

*Attorneys for Plaintiff,*
*Germán Hernández Ceron,*
*on behalf of himself and*
*all others similarly situated*