IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GERMÁN HERNÁNDEZ CERON, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>R.C.S. CONSTRUCTION, INC., and TONY NIOKAN,<br><br>Defendants. | Case No.: 1:25-cv-5408 (JPB)<br><br>**DECLARATION OF SERVICE** |

Emanuel Kataev, Esq., declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am admitted to practice before this Court and am a member of Sage Legal LLC, who – together with Consumer Attorneys PLLC – are the attorneys for the Plaintiff Germán Hernández Ceron, on behalf of himself and all others similarly situated (hereinafter "Plaintiff") in this case.

2. On February 11, 2026, I caused the service packets – consisting of the Summons, Complaint, Civil Cover Sheet, Certificate of Interested Persons and Disclosure Statement, Application for Admission *pro hac vice*, Individual Rules of the Honorable J.P. Boulee, Approval by Clerk's Office re: Application for Admission *pro hac vice*, Order granting Application for Admission *pro hac vice*, Clerk's Notation re: Certificate of Interested Persons/Corporate Disclosure Statement: Read and approved, Plaintiff's Motion for an Extension of Time to

Complete Service with Incorporated Memorandum of Law, Submission of Motion for Extension of Time, Order granting Motion for Extension of Time – to be sent to the Defendants via United States Certified Mail, Return Receipt Requested.

3. The service packets were delivered on February 14, 2026, as confirmed by the United States Postal Service tracking records, pursuant to tracking nos. 9589071052703303338631 and 9589071052703303338624.

4. True and correct copies of the Certified Mail Receipts are attached hereto as Exhibit A.

5. As of the date of this declaration, no appearance has been filed by any of the served parties, and no request for an extension of time has been received. More specifically, from February 14, 2026, the date of delivery, through the present date, no party has contacted our office, filed an appearance, or otherwise responded to the service.

6. Further, we do not have any information from our process server about further service attempts.

7. Based on the foregoing, there exists good cause for a sixty (60) day extension of time to serve the Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 16, 2026.

                                                 /s/ Emanuel Kataev, Esq.
                                                 Emanuel Kataev, Esq.