# EXHIBIT A



```
Priority Mail®            1                    $12.10
    Duluth, GA 30096
    Weight: 0 lb 14.70 oz
    Expected Delivery Date
        Tue 02/17/2026
    Shipment may be delayed due to weather
    conditions.
    Insurance                              $0.00
        Up to $100.00 included
    Certified Mail®                        $5.30
        Tracking #:
        9589 0710 5270 3303 3386 24
Total                                     $17.40
```

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Duluth, GA 30096

Certified Mail Fee  $5.30                               0007
$                                                        80
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ $0.00
☐ Return Receipt (electronic)    $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00    Here
☐ Adult Signature Required       $ $0.00       FEB 11 2026
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$        $12.10                                 02/11/2026
Total Postage and Fees
$        $17.40
Sent To  Tony Niokan
Street and Apt. No., or PO Box No.
   3870 Peachtree Industrial Blvd.
City, State, ZIP+4®
   Suwanee, GA 30096-5404

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

9589 0710 5270 3303 3386 24

