# EXHIBIT A



Priority Mail®        1                      $12.10
    Duluth, GA 30096
    Weight: 0 lb 14.70 oz
    Expected Delivery Date
        Tue 02/17/2026
    Shipment may be delayed due to weather
    conditions.
    Insurance                                 $0.00
        Up to $100.00 included
    Certified Mail®                           $5.30
        Tracking #:
            9589 0710 5270 3303 3386 24
Total                                        $17.40

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

Duluth, GA 30096                  OFFICIAL USE

| Certified Mail Fee | | | 0007 |
| $ $5.30 | | | 80 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark | |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here | |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ $0.00 | | |
| Postage | | FEB 11 2026 | |
| $ $12.10 | | | |
| Total Postage and Fees | | 02/11/2026 | |
| $ $17.40 | | | |

Sent To Tony Niokan

Street and Apt. No., or PO Box No. 3870 Peachtree Industrial Blvd.

City, State, ZIP+4® Suwanee, GA 30096-5404

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

