| *Attorney or Party without Attorney:* | | *For Court Use Only* |
|---|---|---|
| Moshe Boroosan, Esq.<br>Consumer Attorneys<br>2800 N. Druid Hills NE, Bldg A<br>Suite D<br>Atlanta, GA 30329<br>*Telephone No:* 718-887-2926 | | |
| *Attorney for:* Plaintiff(s) | *Ref. No or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Northern District Of Georgia | | |
| *Plaintiff(s):* German Hernandez Ceron, et al.<br>*Defendant:* R.C.S. Construction, Inc., et al. | | |

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 25CV05408JPB |
|---|---|---|---|---|

1. I, Chris Stanton, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant R.C.S. Construction, Inc. as follows:

2. ***Documents:*** **Summons In A Civil Action; Collective Action Complaint And Demand For Jury Trial; Civil Cover Sheet; Certificate Of Interested Persons And Disclosure Statement; Application For Admission Of Emanuel Kataev Pro Hac Vice; Approval By Clerk Office Re: Application For Admission Of Emanuel Kataev Pro Hac Vice; Order Granting Application For Admission Of Emanuel Kataev Pro Hac Vice; Plaintiff's Motion For An Extension Of Tiime; Submittsion Of Motion For Extension Of Time; Motion Granted.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 10/19/26 | 10:45am | Business | The address given is a UPS Mail Annex location. The clerk in the store refused to advise if the defendant has a box here or not. Attempt made by: Chris Stanton. Attempt at: UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096. |
| Tue | 10/27/26 | 12:45pm | Business | I spoke with a clerk at the store who was willing to look up the names. He told me that the defendant is unknown to him and does not have a mailbox at this location. Attempt made by: Chris Stanton. Attempt at: UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096. |
| Wed | 10/28/26 | 10:50am | Business | Returned Not Served on: R.C.S. Construction, Inc. Business - UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096 |

3. *Person Executing*
   a. Chris Stanton
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   ***d. The Fee*** *for service was:*
   *e. I am:* (3) Not a Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of Georgia and under the laws of the United States Of America that the foregoing is true and correct.***

Date: Wed, Oct. 28, 2026

**(Chris Stanton)**

co46.307253

*Attorney or Party without Attorney:*
Moshe Boroosan, Esq.
Consumer Attorneys
2800 N. Druid Hills NE, Bldg A
Suite D
Atlanta, GA 30329
*Telephone No:* 718-887-2926
*Attorney for:* Plaintiff(s)

*Ref. No or File No.:*

*For Court Use Only*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Northern District Of Georgia

*Plaintiff(s):* German Hernandez Ceron, et al.
*Defendant:* R.C.S. Construction, Inc., et al.

| **Affidavit of Reasonable Diligence** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 25CV05408JPB |
|---|---|---|---|---|

1. I, Chris Stanton, and any employee or independent contractors retained by Class Action Research & Litigation are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Tony Niokan as follows:

2. ***Documents:*** **Summons In A Civil Action; Collective Action Complaint And Demand For Jury Trial; Civil Cover Sheet; Certificate Of Interested Persons And Disclosure Statement; Application For Admission Of Emanuel Kataev Pro Hac Vice; Approval By Clerk Office Re: Application For Admission Of Emanuel Kataev Pro Hac Vice; Order Granting Application For Admission Of Emanuel Kataev Pro Hac Vice; Plaintiff's Motion For An Extension Of Tiime; Submittsion Of Motion For Extension Of Time; Motion Granted.**

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 10/19/26 | 10:45am | Business | The address given is a UPS Mail Annex location. The clerk in the store refused to advise if the defendant has a box here or not. Attempt made by: Chris Stanton. Attempt at: UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096. |
| Tue | 10/27/26 | 12:45pm | Business | I spoke with a clerk at the store who was willing to look up the names. He told me that the defendant is unknown to him and does not have a mailbox at this location. Attempt made by: Chris Stanton. Attempt at: UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096. |
| Wed | 10/28/26 | 10:50am | Business | Returned Not Served on: Tony Niokan Business - R.C.S. Construction UPS Store 3870 Peachtree Industrial Blvd. Duluth, GA 30096 |

3. *Person Executing*
   a. Chris Stanton
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   ***d. The Fee*** *for service was:*
   *e. I am:* (3) Not a Registered California Process Server

4. ***I declare under penalty of perjury under the laws of the State of Georgia and under the laws of the United States Of America that the foregoing is true and correct.***

Date: Wed, Oct. 28, 2026

**(Chris Stanton)**

co46.307254